**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| TRACY L. RUMLEY, | : | PRISONER CIVIL RIGHTS |
|     Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:11-CV-2897-TWT-GGB |
| GWINNETT COUNTY | : | |
| DETENTION CENTER, | : | |
|     Defendant. | : | |

## FINAL REPORT AND RECOMMENDATION

On September 27, 2011, I entered an order directing Plaintiff to submit either the full initial filing fee of $350.00 or a financial affidavit seeking leave to proceed in forma pauperis within thirty (30) days. [Doc. 3]. Plaintiff was advised that failure to comply with this directive within the specified period of time would result in the dismissal of the action.

As of this date, Plaintiff has failed to comply with the order. Accordingly, **I RECOMMEND** that this action be **DISMISSED WITHOUT PREJUDICE**, due to Petitioner's failure to comply with a lawful Order of this Court. LR 41.3(A)(2), N.D. Ga.

AO 72A
(Rev.8/82)

The Clerk is **DIRECTED** to terminate the referral to me.

**IT IS SO RECOMMENDED** this 14th day of November, 2011.

_/s/ Gerrilyn G. Brill_
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)