IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TRACY L. RUMLEY,

    Plaintiff,

      v.

GWINNETT COUNTY DETENTION
CENTER,

    Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-2897-TWT

ORDER

This is a pro se prisoner civil rights action.  It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the case for the Plaintiff's failure to comply with and Order of the Court.    The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

    SO ORDERED, this 18 day of January, 2012.


          /s/Thomas W. Thrash
          THOMAS W. THRASH, JR.
          United States District Judge